PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Alfred Powner, II          Cr.: 22-00468-001
                                                                                                         PACTS #: 7471153

Name of Sentencing Judicial Officer:    THE HONORABLE PETER G. SHERIDAN
                                                   SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/24/2023

Original Offense:    Count One: Wire Fraud 18 U.S.C. § 1343, a Class C felony

Original Sentence: Five Years Probation

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Forfeiture

Type of Supervision: Probation                                             Date Supervision Commenced: 05/24/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Powner has failed to maintain compliance with the Court-ordered payment schedule for the restitution set at a minimum of $75.00 per month. |

U.S. Probation Officer Action:

Mr. Powner has denied having the financial ability to consistently pay the required $75.00 per month towards the restitution balance. He is employed fulltime; however, he does not have stable permanent housing and is currently residing in a motel. It is respectfully recommended that the payment schedule be reduced to a minimum of $50.00 per month. In discussions with Mr. Powner, he believes he can consistently make payments in that amount while still saving for permanent housing. If Mr. Powner fails to make the payments, or if an adjustment to the payment schedule is warranted, the Court will be promptly notified.

Prob 12A – page 2
Alfred Powner, II

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Andrew Senatore* (signature)

By: ANDREW E. SENATORE
Senior U.S. Probation Officer

/ as

APPROVED:

*K. M. Villa* (signature)   12/18/2023
KEVIN M. VILLA             Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Reduce payment schedule to a minimum of $~~50.00~~ $35.00 a month (as recommended by the Probation Office)

*Peter Sheridan* (signature)
Signature of Judicial Officer

12/19/23
Date